IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JAMES K. MALLETT, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV 05-0316-S-EJL |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| JEFF CONWAY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Based upon the Court's Memorandum Decision and Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action shall be DISMISSED with prejudice.

DATED: **July 25, 2006**

~~Honora~~ble Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**